UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
Shimon Weisberger, individually and on behalf of all others similarly situated,

                Plaintiff,                            Index No: 1:21-cv-277

            against

Stevens Business Service, Inc. and John Does 1-25,

                Defendant(s).
                                                  :

**NOTICE OF SETTLEMENT**

      Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 4th day of March, 2021

                                                */s/Raphael Deutsch*
                                                Raphael Deutsch, Esq.
                                                **Stein Saks, PLLC**
                                                285 Passaic Street
                                                Hackensack, NJ 07601
                                                Phone: 201-282-6500
                                                rdeutsch@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 4, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        */s/ Raphael Deutsch*
                                        Raphael Deutsch, Esq.